# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 71 WM 2020

           Respondent         :

               :

              v.             :

               :

RAYMOND A. MIKELONIS SR.,      :

           Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.